**Charles SWARZENTRUBER, Appellant,**

v.

**C. HOLINKA, Warden; FCI Waseca; United States Bureau of Prisons, Appellees.**

**No. 07–3764.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2009.

Filed: April 10, 2009.

Charles Swarzentruber, argued, Waseca, MN, pro se.

Frank Magill, Jr., U.S. Attorney's Office, argued, Minneapolis, MN, for Appellees.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate Charles Swarzentruber appeals from the district court's[1] denial of

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minne-

his 28 U.S.C. § 2241 petition. Upon careful de novo review, *see Hill v. Morrison,* 349 F.3d 1089, 1091 (8th Cir.2003), we conclude that the district court's decision was proper, *see Miller v. Whitehead,* 527 F.3d 752, 756–57 (8th Cir.2008). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

sota, adopting the report and recommendation of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.